IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANGELA MARIE WARD**, *on behalf of* **GEORGIA ELLEN HEAD**                                   **PLAINTIFF**

**V.**                                                                                                       **CAUSE NO. 3:18-CV-831-CWR-LRA**

**THE STATE OF MISSISSIPPI; RALPH PRICE; UNKNOWN JUDGE PERSONS; PATRICK SHEEHAN; JD LEE; YVETTE STELLY; VONDER BRUEGGE BRYAN J; SOUTH MISSISSIPPI STATE HOSPITAL; PINE GROVE STATE HOSPITAL; EAST MISSISSIPPI STATE HOSPITAL; RULEVILLE NURSING HOME AND REHABILITATION CENTER; MERIT HEALTH OF JACKSON MISSISSIPPI; GULF OAKS PSYCHIATRIC ASSOCIATES; SUNFLOWER CHANCERY COURT MS; RULEVILLE POLICE DEPARTMENT**                                                                **DEFENDANTS**

## FINAL JUDGMENT

Having entered an Order dismissing all of the claims in this case, *see* Docket No. 13, this Court finds that this cause should be dismissed without prejudice and closed on the Court's docket.

**SO ORDERED**, this the 22nd day of April, 2019.

                                                          s/ Carlton W. Reeves
                                                          UNITED STATES DISTRICT JUDGE